## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Heard, Desmond D

Printed: 01/29/09

Case Number:  08 B 31654
Judge:  Goldgar, A. Benjamin
Filed:  11/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  December 16, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Home Loan Services | Secured | 0.00 | 0.00 |
| 2. | Home Loan Services | Secured | 17,245.00 | 0.00 |
| 3. | Bank Of America | Unsecured | | No Claim Filed |
| 4. | Asset Acceptance | Unsecured | | No Claim Filed |
| 5. | Collection Masters | Unsecured | | No Claim Filed |
| 6. | Capital One | Unsecured | | No Claim Filed |
| 7. | Harris & Harris | Unsecured | | No Claim Filed |
| 8. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 9. | I C Systems Inc | Unsecured | | No Claim Filed |
| 10. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 17,245.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Heard, Desmond D

Printed: 01/29/09

Case Number:  08 B 31654
Judge:  Goldgar, A. Benjamin
Filed:  11/19/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

